# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 2 3 2006

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| STMICROELECTRONICS, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:05CV44 |
| | § | (Judge Schell/Judge Bush) |
| SANDISK CORPORATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On June 6, 2006, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Defendant's Motion to Exclude NEC Controllers from Plaintiff's Damage Base be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion to Exclude NEC Controllers from Plaintiff's Damage Base is **GRANTED**.

SIGNED this _22nd_ day of June, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE